FANNIE GABOR, Appellant, v. GEORGE F. SINRAM, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HENRY C. MILLER, Appellant, v. MANTON M. MARBLE and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LILLIAN CAMPBELL CHRISTENSEN, Appellant, v. HENRY D. GREENWALD and Another, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before December 22, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ROSE ZAMSKY, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed within ten days after the determination of the motion for a new trial now pending. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MARY WALKER, Appellant, v. DIXON & TURNBULL, INC., Respondent, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

KATE ISRAEL, Appellant, v. DAVID ISRAEL, Respondent, Impleaded, etc.— Motion to dismiss appeal granted, unless appellant procure the appellant's points to be filed on or before December 15, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ELVIRA SINCLAIR, Plaintiff, v. LYDIA M. PURDY, Defendant, Impleaded with EDWIN G. COREY and Another, as Executors, etc., Appellants, and JENNIE A. MAPES, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of ELLEN E. BEARE, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before December 22, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent, v. PATRICK J. DUFFY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 1, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOSEPH CAPPUCCI, Appellant, v. RIGGI BROS. CO., INC., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ROSE CAPPUCCI, Appellant, v. RIGGI BROS. CO., INC., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.